No. 21-15521

# IN THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

COLE JOSEPH SPENCER,

Plaintiff/Appellant,

v.

AARON PEW, ET AL.,

Defendants/Appellees.

On Appeal from the United States District Court
for the District of Arizona
District Court No. 2:20-CV-00385-DGC-CDB
The Honorable David G. Campbell

**APPELLANT'S EXCERPTS OF RECORD
INDEX VOLUME**

H.R. Fitzmorris and Hannah Garland
*Student Participants (Admitted per Circuit Rule 46-4)*

Professor Jeffrey M. Feldman, WA Bar No. 47535
Professor Elizabeth G. Porter, WA Bar No. 51567
*Faculty Advisors, Ninth Circuit Appellate Advocacy Clinic*

UNIVERSITY OF WASHINGTON SCHOOL OF LAW
4293 Memorial Way NE
Seattle, WA 98195
Telephone: (206) 543-3434

*Counsel for Appellant Cole Spencer*
PRO BONO

| Document | File Date | USDC Dkt. No. | ER No. |
|---|---|---|---|
| **Volume 1 of 3** | | | |
| Judgment in a Civil Case | 3/11/2021 | 134 | 001 |
| Order (*Granting Summary Judgment*) | 3/11/2021 | 133 | 002 |
| **Volume 2 of 3** | | | |
| Spencer's Additional Material Facts Supporting Opposition to Defendants Shall and Macklin's Motion for Summary Judgment | 2/19/2021 | 130 | 015-017 |
| Spencer's "Disputed" Statement of Facts in Support of Opposition to Defendants' Motion for Summary Judgment (Shall and Macklin) | 2/19/2021 | 129 | 018-023 |
| Spencer's Response in Opposition to Defendants' Motion for Summary Judgment (Shall and Macklin) | 2/19/2021 | 127 | 024-038 |
| Spencer's "Disputed" Statement of Facts in Support of Opposition to Defendants' Motion for Summary Judgment | 12/28/2020 | 119 | 039-057 |
| Exhibit 30 to Spencer's Additional Material Facts Supporting Opposition to Defendants' Motion for Summary Judgment – *Various medical records* | 12/28/2020 | 118-32 | 058-060 |
| Exhibit 29 to Spencer's Additional Material Facts Supporting Opposition to Defendants' Motion for Summary Judgment – *Health Assessment History* | 12/28/2020 | 118-31 | 061-073 |
| Exhibit 28 to Spencer's Additional Material Facts Supporting Opposition to Defendants' Motion for Summary Judgment – *Spencer's Medical Records* | 12/28/2020 | 118-30 | 074-075 |
| Exhibit 27 to Spencer's Additional Material Facts Supporting Opposition to | 12/28/2020 | 118-29 | 076-079 |

| Document | File Date | USDC Dkt. No. | ER No. |
|---|---|---|---|
| Defendants' Motion for Summary Judgment – *Spencer's Prescription Records* | | | |
| Exhibit 26 to Spencer's Additional Material Facts Supporting Opposition to Defendants' Motion for Summary Judgment – *P R Disciplinary Policy-Records* | 12/28/2020 | 118-28 | 080-082 |
| Exhibit 25 to Spencer's Additional Material Facts Supporting Opposition to Defendants' Motion for Summary Judgment – *MPD Reporting Protocols Policy* | 12/28/2020 | 118-27 | 083-089 |
| Exhibit 24 to Spencer's Additional Material Facts Supporting Opposition to Defendants' Motion for Summary Judgment – *Mug shot photo* | 12/28/2020 | 118-26 | 090 |
| Exhibit 23 to Spencer's Additional Material Facts Supporting Opposition to Defendants' Motion for Summary Judgment – *Taser Training Curriculum* | 12/28/2020 | 118-25 | 091-102 |
| Exhibit 22 to Spencer's Additional Material Facts Supporting Opposition to Defendants' Motion for Summary Judgment – *Body cam videos (ABCD), information* | 12/28/2020 | 118-24 | 103-106 |
| Exhibit 21 to Spencer's Additional Material Facts Supporting Opposition to Defendants' Motion for Summary Judgment – *Restraining Prisoners Policy* | 12/28/2020 | 118-23 | 107-108 |
| Exhibit 20 to Spencer's Additional Material Facts Supporting Opposition to Defendants' Motion for Summary Judgment – *Fire Department Report* | 12/28/2020 | 118-22 | 109-112 |

| Document | File Date | USDC Dkt. No. | ER No. |
|---|---|---|---|
| Exhibit 19 to Spencer's Additional Material Facts Supporting Opposition to Defendants' Motion for Summary Judgment – *MCSO Axon Audit Trail* | 12/28/2020 | 118-21 | 113-114 |
| Exhibit 18 to Spencer's Additional Material Facts Supporting Opposition to Defendants' Motion for Summary Judgment – *Mesa ECD Policy* | 12/28/2020 | 118-20 | 115-120 |
| Exhibit 17 to Spencer's Additional Material Facts Supporting Opposition to Defendants' Motion for Summary Judgment – *Corrotid [Carotid] Choke Training Manual* | 12/28/2020 | 118-19 | 121-127 |
| Exhibit 16 to Spencer's Additional Material Facts Supporting Opposition to Defendants' Motion for Summary Judgment – *Mesa Police Use of Force Policy* | 12/28/2020 | 118-18 | 128-132 |
| Exhibit 13 to Spencer's Additional Material Facts Supporting Opposition to Defendants' Motion for Summary Judgment – *CSS Zomojtel's Forensic Report* | 12/28/2020 | 118-15 | 133-135 |
| Exhibit 12 to Spencer's Additional Material Facts Supporting Opposition to Defendants' Motion for Summary Judgment – *Crime Scene Photos (cont'd)* | 12/28/2020 | 118-14 | 136-142 |
| Exhibit 12 to Spencer's Additional Material Facts Supporting Opposition to Defendants' Motion for Summary Judgment – *Crime Scene Photos* | 12/28/2020 | 118-13 | 143-195 |

| Document | File Date | USDC Dkt. No. | ER No. |
|---|---|---|---|
| Exhibit 11 to Spencer's Additional Material Facts Supporting Opposition to Defendants' Motion for Summary Judgment – *Banner Medical Records* | 12/28/2020 | 118-12 | 196-220 |
| Exhibit 10 to Spencer's Additional Material Facts Supporting Opposition to Defendants' Motion for Summary Judgment – *MCSO Incident Report* | 12/28/2020 | 118-11 | 221-222 |
| Exhibit 9 to Spencer's Additional Material Facts Supporting Opposition to Defendants' Motion for Summary Judgment - *Use of Force Report* | 12/28/2020 | 118-10 | 223-232 |
| Exhibit 8 to Spencer's Additional Material Facts Supporting Opposition to Defendants' Motion for Summary Judgment – *Taser Diagnostics* | 12/28/2020 | 118-9 | 233-253 |
| Exhibit 7 to Spencer's Additional Material Facts Supporting Opposition to Defendants' Motion for Summary Judgment – *Change of Plea Transcripts* | 12/28/2020 | 118-8 | 254-270 |
| Exhibit 4 to Spencer's Additional Material Facts Supporting Opposition to Defendants' Motion for Summary Judgment – *Rozema Original Report* | 12/28/2020 | 118-5 | 271-273 |
| Exhibit 2 to Spencer's Additional Material Facts Supporting Opposition to Defendants' Motion for Summary Judgment – *Pew Original Report* | 12/28/2020 | 118-3 | 274-275 |
| Exhibit 1 to Spencer's Additional Material Facts Supporting Opposition to Defendants' Motion for Summary Judgment – *Declaration of Cole Spencer* | 12/28/2020 | 118-2 | 276-281 |

| Document | File Date | USDC Dkt. No. | ER No. |
|---|---|---|---|
| Spencer's Additional Material Facts Supporting Opposition to Defendants' Motion for Summary Judgment | 12/28/2020 | 118 | 282-297 |
| Spencer's Separate Statement of Facts in Opposition to Summary Judgment by Plaintiff | 12/28/2020 | 117 | 298-304 |
| **Volume 3 of 3** | | | |
| Spencer's Response in Opposition to Defendants Aaron Pew and Jacob Rozema's Motion for Summary Judgment | 12/28/2020 | 116 | 305-327 |
| Exhibits 1, 2, 4, and 6 to Defendants Shall and Macklin's Statement of Facts in Support of Motion for Summary Judgment – *various documents* | 12/07/2020 | 107-1 | 328-338 |
| Defendants Shall and Macklin's Statement of Facts in Support of Motion for Summary Judgment | 12/07/2020 | 107 | 339-343 |
| Statement of Facts in Support of Summary Judgment on Behalf of Defendants Aaron Pew and Jacob Rozema | 8/26/2020 | 56 | 344-348 |
| Exhibit 1 to Statement of Facts in Support of Summary Judgment on Behalf of Defendants Aaron Pew and Jacob Rozema—*Declaration of Officer Aaron Pew* | 8/26/2020 | 56-1 | 349-350 |
| Exhibit 2 to Statement of Facts in Support of Summary Judgment on Behalf of Defendants Aaron Pew and Jacob Rozema—*Declaration of Officer Jacob Rozema* | 8/26/2020 | 56-2 | 351-352 |
| Exhibit 3 to Statement of Facts in Support of Summary Judgment on | 8/26/2020 | 56-3 | 353-369 |

| Document | File Date | USDC Dkt. No. | ER No. |
|---|---|---|---|
| Behalf of Defendants Aaron Pew and Jacob Rozema—*Reporter's Transcript of Proceedings—Sentencing* | | | |
| Motion for Summary Judgment on Behalf of Defendants Aaron Pew and Jacob Rozema | 8/26/2020 | 55 | 370-383 |
| Defendants Shall and Macklin's Answer to Plaintiff's First Amended Complaint | 6/08/2020 | 19 | 384-390 |
| Answer to Plaintiff's First Amended Complaint on Behalf of Defendants Aaron Pew and Jacob Rozema and Demand for Jury Trial | 6/08/2020 | 17 | 391-395 |
| Civil Rights Complaint by a Prisoner, Jury Trial Demanded, First Amended Complaint | 3/11/2020 | 6 | 396-408 |
| Motion to Initiate Appeal | 3/22/2021 | 135 | 409 |
| Civil Docket for Case No. 2:20-CV-00385-DGC-CDB - United States District Court for the District of Arizona at Phoenix – *Cole Joseph Spencer v. Aaron Pew, et al.* | 2/21/2020 | -- | 410-421 |